B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  The Wilkes Bashford Company     ,          Case No.  09-33497
              Debtor
                                                  Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See attached.

Date: 11/02/09

                                    /s/ Michael Appell, Interim CEO
                                              Debtor

*[Declaration as in Form 2]*

# Wilkes Bashford Company
## 20 Largest Unsecured Creditors

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| Brioni USA Corp.<br>610 Fifth Avenue<br>Suite 404<br>New York, NY 10020 | Brioni USA Corp.<br>610 Fifth Avenue, Suite 404<br>New York, NY 10020<br>Contact: Tony Lee<br>Telephone: 212-332-6900<br>Fax: 212-332-6901<br>Email: Tony.Lee@brioni.com | Trade | | | | | $2,204,728.00 |
| Kiton<br>689 Fifth Avenue, 15th Fl<br>New York, NY 10022 | Kiton<br>689 Fifth Avenue, 15th Fl<br>New York, NY 10022<br>Contact: Dan Wolman<br>Telephone: 212-702-0136<br>Email: dan@massbizz.com | Trade | | | | | $1,377,954.00 |
| Bogner of America<br>172 Bogner Drive<br>Newport, VT 05855 | Bogner of America<br>172 Bogner Drive<br>Newport, VT 05855<br>Contact: Tracey Herold<br>Telephone: 802-323-0141<br>Email: tlherold@bogner-america.com | Trade | | | | | $409,958.00 |
| Grilux S.P.A.<br>730 Fifth Avenue Ste.1904<br>New York, NY 10019 | Grilux S.P.A.<br>730 Fifth Avenue Ste.1904<br>New York, NY 10019<br>Contact: Michal Sestak<br>Telephone: 212-315-9500<br>Fax: 212-489-4904<br>Email: msestak@barberausa.net | Trade | | | | | $356,893.00 |
| Belvest<br>5 East 57 Street<br>21st Floor<br>New York, NY 10022 | Belvest<br>5 East 57 Street, 21st Floor<br>New York, NY 10022<br>Contact: Roberta Cocco<br>Telephone: 212-317-0460<br>Email: roberta@belvestusa.com | Trade | | | | | $306,533.00 |
| Brunello Cucinelli<br>Palma Settimi Inc.<br>301 Fields Lane<br>Brewster, NY 10509 | Brunello Cucinelli<br>Palma Settimi Inc.<br>301 Fields Lane<br>Brewster, NY 10509<br>Contact: Joe Vuolo<br>Telephone: 845-276-8436<br>Fax: 845-277-1851<br>Email:joe.vuolo@cucinelliusa.com | Trade | | | | | $302,176.00 |

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| Ermenegildo Zegna<br>100 West Forest Ave, Unit A<br>Englewood, NJ 07631 | Ermenegildo Zegna<br>100 West Forest Ave, Unit A<br>Englewood, NJ 07631<br>Contact: Chanel Taylor<br>Telephone: 201-735-0372<br>Fax: 201-816-9270<br>Email: Chanel.Taylor@zegna.com | Trade | | | | | $290,234.00 |
| Luigi Borrelli LLC<br>14 East 60th St., Ste 200<br>New York, NY 10022 | Luigi Borrelli LLC<br>14 East 60th St., Ste 200<br>New York, NY 10022<br>Contact: Pino Vaghi<br>Telephone: 212-753-1856<br>Fax: 212-794-6209<br>Email: pino.vaghi@luigiborrelli.com | Trade | | | | | $254,009.00 |
| Lainey Keogh<br>"Uplands"<br>Ballincorbeg<br>Annamoe<br>Co. Wicklow<br>Ireland | Lainey Keogh<br>"Uplands"<br>Ballincorbeg<br>Annamoe<br>Co. Wicklow<br>Ireland<br>Email: laineykeogh@eicom.net<br>Telephone: +353-40-445-850<br>Fax: +353-40-445-757 | Trade | | | | | $219,628.00 |
| Oxxford Clothes XX<br>1220 West Van Buren St.<br>Chicago, IL 60607 | Oxxford Clothes XX<br>1220 West Van Buren St.<br>Chicago, IL 60607<br>Contact: Jim Brubaker<br>Telephone: 212-755-7400<br>Email: j.brubaker@tomjames.com | Trade | | | | | $214,074.00 |
| Loro Piana USA LLC<br>711 5th Avenue, 11th Floor<br>New York, NY 10022 | Loro Piana USA LLC<br>711 5th Avenue, 11th Floor<br>New York, NY 10022<br>Contact: Andrea Giardini<br>Telephone: 212-980-7960<br>Fax: 212-980-7965<br>Email: andrea.giardini@loropianany.com | Trade | | | | | $184,229.00 |
| Lorenzini Spa/Alom<br>C/O Massimo Bizzocchi<br>689 Fifth Avenue- 15th Fl<br>New York, NY 10022 | Lorenzini Spa/Alom<br>C/O Massimo Bizzocchi<br>689 Fifth Avenue, 15th Floor<br>New York, NY 10022<br>Contact: Dan Wolman<br>Telephone: 212-702-0136<br>Fax: 212-702-9117<br>Email: dan@massbizz.com | Trade | | | | | $128,643.00 |

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| Roberto Cavalli<br>Art Fashion Corp. Dba<br>712 Fifth Avenue-27th Fl.<br>New York, NY 10019 | Roberto Cavalli<br>Art Fashion Corp. Dba<br>712 Fifth Avenue-27th Fl.<br>New York, NY 10019<br>Contact: Scarleth Diaz<br>Telephone: 212-308-5566<br>Fax: 212-308-0749<br>Email s.diaz@artfashion-usa.com | Trade | | | | | $126,128.00 |
| Agnona Acquisition<br>Crown Building<br>730 Fifth Avenue<br>New York, NY 10019-4105 | Agnona Acquisition<br>Crown Building<br>730 Fifth Avenue<br>New York, NY 10019-4105<br>Contact: Chanel Taylor<br>Telephone: 212-471-4919<br>Fax: 201-816-9270<br>Email:Chanel.Taylor@zegna.com | Trade | | | | | $109,414.00 |
| Avon Celli<br>Mach III Designs, Ltd.<br>689 Fifth Avenue, 15th Floor<br>New York, NY 10022 | Avon Celli<br>Mach III Designs, Ltd.<br>689 Fifth Avenue, 15th Floor<br>New York, NY 10022<br>Contact: Dan Wolman<br>Telephone: 212-702-0136<br>Fax: (212) 702-9117<br>Email: dan@massbizz.com | Trade | | | | | $108,122.00 |
| SPG Center, LLC<br>c/o Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | SPG Center, LLC<br>c/o Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204<br>Contact: Todd Eads<br>Phone: 317-685-7381<br>Fax: 317-685-7221<br>Email: teads@simon.com | Rent | | | | | $106,560.00 |
| Oscar De La Renta<br>550 Seventh Avenue<br>New York, NY 10018 | Oscar De La Renta<br>550 Seventh Avenue<br>New York, NY 10018<br>Contact: Michelle Reyes<br>Telephone: 212-282-0513<br>Fax: 718-656-3809<br>Email: mreyes@odlr.com | Trade | | | | | $90,713.00 |
| Kenzo<br>1 Rue de Pont Neuf<br>75001 Paris France | Kenzo<br>1 Rue de Pont Neuf<br>75001 Paris France<br>Contact: Alberto Lavia<br>Fax: 33-1-73-04-23-42<br>Email: Alavia@kenzo.fr | Trade | | | | | $89,471.00 |

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| Dusan<br>Via Vicenzo Monti 25<br>20123 Milano | Dusan<br>Via Vicenzo Monti 25<br>20123 Milano<br>ITALY<br>Contact: Bruna<br>Telephone: 39-02-462898<br>Fax: 39-02-460855<br>Email: bruna@dusan.biz | Trade | | | | | $83,920.00 |
| Winthrop Resources<br>P.O. Box 650<br>Hopkins, MN  55343-0650 | Winthrop Resources<br>P.O. Box 650<br>Hopkins, MN  55343-0650<br>Contract: Richard Pieper<br>Telephone: 952-936-0226<br>Fax: 952-936-0201<br>Email: jendrizzi@winthropresources.com | Trade | | | | | $75,000.00 |
| | | | | | | | **$7,038,387.00** |

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date  November 2, 2009

                                        Signature   /s/ Michael Appel

                                        Michael Appel, Interim CEO
                                        (Print Name and Title)