IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

In Re: Chapter 11

The Wilkes Bashford Company

Case No. 09-33497

    Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., a Landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

    Simon Property Group, Inc.
    Attn: Catherine M. Martin, Esq.
    225 West Washington Street
    Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted,

    */s/ Catherine M. Martin*
    Catherine M. Martin, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    TN Bar No. 019472
    PH: (317) 685-7263 / FAX : (317) 263-7901
    E-mail address: cmartin@simon.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was sent on November 10, 2009 via overnight delivery, regular United States mail, postage prepaid, facsimile and/or ECF Noticing to the parties listed below.

      By:   */s/ Catherine M. Martin*
           Catherine M. Martin, Esq.

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

Cecily A. Dumas
Friedman, Dumas and Springwater
150 Spear St. #1600
San Francisco, CA 94104