# UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Francisco)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/9/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
The Wilkes Bashford Company
375 Sutter Street
San Francisco, CA 94108

| Case Number:<br>09−33497 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>94−2944325 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Cecily A. Dumas<br>Friedman, Dumas and Springwater<br>150 Spear St. #1600<br>San Francisco, CA 94104<br>Telephone number: (415) 834−3802 | |

### Meeting of Creditors

Date: **December 8, 2009**      Time: **01:00 PM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

### Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **3/8/10**      For a governmental unit: **Must file before 180 days after the date relief was entered.**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415−268−2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 5:00 PM | Date: 11/10/09 |

# EXPLANATIONS

B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: The Wilkes Bashford Company | Case Number: 09-33497 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: <br><br><br><br> Telephone number: | **Court Claim Number:**_____ <br> (*If known*) <br><br><br> Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br><br><br><br> Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property: $**_____ **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**
     **if any: $**_____ **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (12/08) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Nov 12, 2009.

```
db         +The Wilkes Bashford Company,   375 Sutter Street,   San Francisco, CA 94108-4308
aty        +Catherine Martin,   Simon Property Group, Inc.,   225 W. Washington St.,
             Indianapolis, IN 46204-3438
aty        +Cecily A. Dumas,   Friedman, Dumas and Springwater,   150 Spear St. #1600,
             San Francisco, CA 94105-1541
aty        +M. Elaine Hammond,   Friedman, Dumas and Springwater,   150 Spear St. #1600,
             San Francisco, CA 94105-1541
aty        +Michael St. James,   St. James Law,   155 Montgomery St. #1004,   San Francisco, CA 94104-4115
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Chief Tax Collection Section,   Employment Development Section,   P.O. Box 826203,
             Sacramento, CA  94230
ust        +Office of the U.S. Trustee / SF,   Office of the U.S. Trustee,   235 Pine St,   Suite 700,
             San Francisco, CA 94104-2736
cr         +Simon Property Group,   c/o Catherine M. Martin, Esq.,   225 West Washington Street,
             Indianapolis, IN 46204-3438
10454968   +375 Sutter LLC,   5674 Stoneridge #212,   Pleasanton, CA 94588-8539
10454969    4692 SPG CENTER LLC,   File #57331,   Los Angeles, CA 90074-7331
10454970   +550 Sutter LLC,   13020 La Paloma Road,   Los Altos, CA 94022-3333
10454971    A&M Printing Inc,   FDI Log Box USA Inc.,   Pleasanton, CA 94566
10454972   +A.S.T.I. Services,   102 Couch Street,   Vallejo, CA 94590-2902
10454973   +AAA Business Supplies,   325 Mendell Street,   San Francisco, CA 94124-1710
10454974   +ADT Security Services,   P.O. Box 371956,   Pittsburgh, PA 15250-7956
10454975    AT&T,   P.O. Box 78225,   Phoenix, AZ 85062-8225
10454977   +AT&T,   Payment Center,   Sacramento, CA 95887-0001
10454976    AT&T,   P.O. Box 8102,   Aurora, IL 60507-8102
10454978    AT&T Long Distance,   P.O. Box 5017,   Carol Stream, IL 60197-5017
10454979   +Abbey Party Rents,   411 Allan Street,   Daly City, CA 94014-1627
10454980   +Ace Courier Express,   151 Potrero Ave., #7,   San Francisco, CA 94103-4812
10454981   +Agnona,   100 West Forest Ave,   Englewood, NJ 07631-4035
10458533    Agnona Acquisition,   Crown Building,   730 Fifth Avenue,   New York, NY 10019-4105
10454982   +Air Systems Inc.,   940 Remillard Court,   San Jose, CA 95122-2683
10454983   +Alex's Dry Cleaning Valet,   628 Lindaro Street,   San Rafael, CA 94901-3936
10454984   +Alexander Koutsoyannis,   430 Sequoia Ave.,   Palo Alto, CA 94306-1047
10454985   +Allan Mallari,   1915 Murphy Drive,   San Pablo, CA 94806-1308
10454986    Altea,   Via Morandi, 4,   20016 Pero,,   Italy
10454987    Amtech San Francisco,   Dept LA 21592,   Pasadena, CA 91185-1592
10454988    Andrew Gn,   79 Rue du Temple,   75003 Paris,,   France
10454989   +Andy Lam,   6931 Geary,   San Francisco, CA 94121-1620
10454990   +Angelica Montes 1099,   45 Oak #206,   Redwood City, CA 94061-2339
10454991   +Angray Merchandising Corp,   559 Sixth Street,   San Francisco, CA 94103-4707
10454992   +Anthony Alvarado,   475 W. San Carlos #1312,   San Jose, CA 95110-2634
10454993   +Anthony's Shoe Service,   30 Geary Street,   San Francsico, CA 94108-5702
10454994   +Antonell Pagliuca,   211 Alamos Place,   San Ramon, CA 94583-2801
10454995   +Apropos-Kstati,   851 35th Avenue,   San Francisco, CA 94121-3437
10454996   +Armand Diradourian Designs Inc,   19 West 21st Street, Ste 1001,   New York, NY 10010-6845
10454997   +Armando Pollini,   30 West 56th Street,   New York, NY 10019-3801
10454998   +Arnaud Geble,   2274-36th Ave,   San Francisco, CA 94116-1646
10454999    Arnys,   14, Rue De Sevres,   Paris,   75007,   France
10455000    Arrowhead Mountain Spring,   P.O. Box 856158,   Louisville, KY 40285-6158
10455001   +Avon Celli,   Mach III Designs, Ltd.,   689 Fifth Avenue 15th Fl,   New York, NY 10022-3147
10455003   +Bajra,   Sola Showroom 45 E 20th St 2nd fl,   New York, NY 10003-1308
10455004    Bamford Ltd,   11A West Halkin St,   London,   SW1X 8JL,   Great Britain
10455005   +Barbara Carey,   975 Anza Drive,   Pacifica, CA 94044-3310
10455006   +Belvest,   5 East 57 Street,   21st Floor,   New York, NY 10022-2535
10455007    Biella Collezioni,   Via Milano, 16,   16856 Vigliano Biellese,,   Italy
10457827   +Bironi USA Corp.,   610 Fifth Avenue,   Suite 404,   New York, NY 10020-2484
10455008   +Blue Blood America Corp,   1230 Ave.Of America,   Rockefeller Cntr   7th Fl,
             New York, NY 10020-1513
10455009   +Blue Bottle Coffee Co.,   1552 Beach St., Unit R,   Oakland, CA 94608-3528
10455010    Blue Shield of California,   File 55331,   Los Angeles, CA 90074-5331
10455011   +Blumarine - Blufin Spa,   C/O Voga Trading Co. Inc.,   37 West 57th Street  9 Fl,
             New York, NY 10019-3411
10455012   +Boglioli Spa,   C/O Palma Settimi,   301 Fields Lane,   Brewster, NY 10509-2621
10455013   +Bogner of America,   172 Bogner Drive,   Newport, VT 05855-8511
10455014   +Brenda Kett,   3535 19th Street,   San Francisco, CA 94110-1611
10455015   +Brioni USA Corp.,   610 Fifth Avenue,   Suite 404,   New York, NY 10020-2484
10455016   +Brunello Cucinelli Inc.,   Palma Settimi Inc.,   301 Fields Lane,   Brewster, NY 10509-2621
10455017   +Bruno's Market & Deli,   P.O.Box 7006,   Carmel by the Sea, CA 93921-7006
10455018    California Employment Development Dept,   Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
             Sacramento, CA 94280-0001
10455019   +California Insurance Center,   3697 Mt Diablo Blvd, Ste 300,   Lafayette, CA 94549-3747
10455020   +California Labor Commissioner,   1515 Clay Street, Room 801,   Oakland, CA 94612-1463
10455021   +California Secretary of State,   1500 - 11th Street,   Sacramento, CA 95814-5701
10455022    California State Board of Equalization,   Acct & Analysis & Control, MIC:29,   P.O. Box 942879,
             Sacramento, CA 94279-0029
10455023    Calvin Klein,   Confezioni Moda Italia,   Via G. Catoni, 147,   38060 Matiarello di, Trento,
             Italy
10455024    Cameron Taylor,   Studio 1F/1, 19 Union St,   Edinburgh,   3H1 3LR,   Great Britain
10455025   +Carla Himy,   426 Cedar Hill Dr.,   San Rafael, CA 94903-1704
10455026    Carmel Plaza,   Macerich Carmel LP,   Dept 2596-3020,   Los Angeles, CA 90084-2596
10455027   +Carol Peretz Workshop,   49 Windsor Ave., Ste 103,   Mineola, NY 11501-1933
10455028    Catherine Regehr Inc.,   201 - 120 West 3rd Ave.,   Vancouver, B.C,   Canada
```

```
10455029      +Cathy Eillenberger-Ubel,    72 Castro,    San Francisco, CA 94114-1009
10455030      +Cesar Rivero,    431 Justin Drive,    San Francisco, CA 94112-1132
10455031      +Charles Villanueva,    157 Valleyview Way,    So. San Francisco, CA 94080-5553
10455032       Chevron and Texaco Card Services,    P.O. Box 70887,    Charlotte, NC 28272-0887
10455033      +Christine Robbins,    262 Sausalito St.,    Corte Madera, CA 94925-1641
10455034      +Chronicle Books,    Dept. 44493, PO Box 44000,    San Francisco, CA 94144-0001
10455035      +Chu and Waters, LLP,    90 New Montgomery, #1450,    San Francisco, CA 94105-4518
10455036      +City of Carmel,    P.O. Box CC,    Carmel-by-the-Sea, CA 93921-1757
10455037      +City of Mill Valley,    Business License Dept,    26 Corte Madera Ave.,
                Mill Valley, CA 94941-1830
10455038       City of Palo Alto Util.,    P.O. Box 10097,    Palo Alto, CA 94303-0897
10455039       Clean Source,    P.O. Box 49107,    San Jose, CA 95161-9107
10455040      +Cole Fox Hardware,    3312 Mission Street,    San Francisco, CA 94110-5009
10455041      +Colombo,    Luigi Colombo USA,    8 West 40th St. 17th Fl,    New York, NY 10018-3902
10455042      +Comerica Bank,    1331 N. California Blvd., #400,    Walnut Creek, CA 94596-4561
10455043      +Comerica Bank,    Attn: Melanie Dovano, M/C 4841,    333 W. Santa Clara St., 12th Floor,
                San Jose, CA 95113-1713
10455044      +Comet Building Maint.,    P.O. Box 2163,    San Rafael, CA 94912-2163
10455045      +Complete Building Svc, LLC,    936-B Seventh St.,#239,    Novato, CA 94945-3010
10455046       Crane Pest Control,    2700 Geary Blvd.,    San Francisco, CA 94118-3498
10455047      +Cravate Royale/Anit Patel,    7172 Regional Street #101,    Dublin, CA 94568-2324
10455048      +Crime Watch Security Sys.,    1355 Fairfax Avenue,    Suite B,    San Francisco, CA 94124-1731
10455049      +Crisada,    39-13 23rd St.,    Long Island City, NY 11101-4816
10455050       Cruciani / Maglital Srl,    Strada Statle Flaminia KM145,    06039 Borgo Trevi,,    Italy
10455051      +DB 2002,    2650 21st Street,    San Francisco, CA 94110-2846
10455052       DMX Music,    P.O. Box 660557,    Dallas, TX 75266-0557
10455053       Daniela Vecchi,    Viale Elie Rainusso, 44,    10638 Santa Margharita, Ligure,    Italy
10455054      +Debbie Hunter,    2051 Gardenview,    Santa Rosa, CA 95403-9488
10455055       Dept. Parking & Traffic,    P.O. Box 7718,    San Francisco, CA 94120-7718
10455056       Dept. of Housing & Urban Development,    Regional Counsel,    P.O. Box 36003,
                San Francisco, CA 94102
10455057       Dept. of Motor Vehicles,    P.O. Box 942897,    Sacramento, CA 94297-0897
10455058      +Diane Parente,    P.O. Box 262,    Ross, CA 94957-0262
10455059      +Diane Von Furstenberg,    389 West 12th Street,    New York, NY 10014-1723
10455060      +Donald Deal,    202 West 40th Street,    12th Floor,    New York, NY 10018-1713
10455061       Dusan SRL,    Via V. Monti, 25,    20123 Milano,,    Italy
10455062      +Eccolo Ltd. Made In Italy,    P.O. Box 180251,    1425 37th Street, 5th Fl,
                Brooklyn, NY 11218-3767
10455063      +Edward Ng,    8 San Carlos St.,    San Francisco, CA 94110-1226
10455064       Effetto,    Via Bruno Buozzi, 90,    06030 Giano Dell’, Umbria,    Italy
10455065      +Elena Laderos,    230 West 38th Street, 15th Flr,    New York, NY 10018-9026
10455066       Elie Saab,    PO Box 11-3293,    Beirut,,    Lebanon
10455067      +Elizabeth Crocker,    1901 Beach #304,    San Francisco, CA 94123-1563
10455068      +Eric Tanphanich,    2331 Bryant,    San Francisco, CA 94110-2810
10455069      +Ermenegildo Zegna,    100 West Forest Ave,    Unit A,    Englewood, NJ 07631-4033
10455070      +Errika Pascual,    PO 4485,    Mountain View, CA 94040-0485
10455071      +Esscents International,    3223 Crow Canyon Rd.,#330,    San Ramon, CA 94583-1332
10455072      +Everyday People,    1524 Masonic,    San Francisco, CA 94117-4528
10455073       Experian,    Department 1971,    Los Angeles, CA 90088-1971
10455074      +Faran Hajisheikh,    792 Palo Alto Ave,    Palo Alto, CA 94301-1351
10455075      +Faustino Fuentes,    350 Danny Ct.,    Pinole, CA 94564-1928
10455076       Fedex,    P.O. Box 7221,    Pasadena, CA 91109-7321
10455077       Finamore,    Via Recanati 27,    80046 San Giorgio A Cremano,    Napoli,,    Italy
10455078      +Fireman’s Fund Insurance,    Po Box 7166,    Pasadena, CA 91109-7166
10455079       Flatiron Capital,    Po Box 17600,    Denver, CO 80217-0600
10455080       Flower Diamond Boutique,    1 Scotts Road,    #01-01 Shaw Centre,    228208,,    Singapore
10455082      +Forward Packaging,    3740 Mykonos Lane, #123,    San Diego, CA 92130-5542
10455084      +Frank Ancona,    P.O. Box 590523,    San Francisco, CA 94159-0523
10455085      +Frank Kuscak,    10409 Judy Ave.,    Cupertino, CA 95014-3524
10455086       Frascara,    Beker Fashions,    87 Colville Road,    Toronto, Ontario,,    Canada
10455087      +Freeland Cooper & Foreman,    150 Spear St.,Ste. 1800,    San Francisco, CA 94105-1541
10455088      +Friedman Dumas Springwater LLP,    150 Spear St., Ste. 1600,    San Francisco, CA 94105-1541
10455089      +Frivole,    14700 NW 7th Avenue,    Miami, FL 33168-3104
10455090      +Furlee Farlough-Mulazim,    1419 Grand #306,    Alameda, CA 94501-2540
10455091      +Fuzzi,    FDI Log Box USA Inc.,    143 Broadway , 8th Fl,    New York, NY 10006-1517
10455092      +Galletti Bros.,    3877 H. Walnut Blvd.,    Brentwood, CA 94513-2413
10455093       Gillybean Creations,    Gillian Frost, 6 Moorlands Mill St.,    Chagford,    Devon,    TQ13 8AN,
                Great Britain
10455094       Gio Guerreri,    Paci Srl, Via Germania, 19,    35127 Padova,,    Italy
10455095      +Givenchy,    Givenchy Corporation,    6418 Paysphere Circle,    Chicago, IL 60674-0064
10455096      +Glassall,    174 14th Street,    San Francisco, CA 94103-3743
10455097      +Glazer Imports Ltd.,    8 East 12th St. 10th Fl,    New York, NY 10003-4454
10455098      +Golden Gate Disposal,    P.O. Box 60846,    Los Angeles, CA 90060-0846
10455099      +Gordon & Rees,    275 Battery,    Suite 2000,    San Francisco, CA 94111-3361
10455100      +Grainger,    455 Knightsbridge Parkway,    Lincolnshire, IL 60069-3620
10455101      +Greenworks, Inc.,    690 Brannan Street,    San Francisco, CA 94107-1512
10455102      +Greg Mills Ltd,    230 W 39th St., 10th Fl.,    New York, NY 10018-4927
10455103      +Gregory Gonzales,    789 Corbett #1,    San Francisco, CA 94131-1363
10455104      +Grilux S.P.A.,    730 Fifth Avenue, Ste. 1904,    New York, NY 10019-4105
10455105      +Guiliana Michelotti,    Gm Collections Ltd,    421 Hudson St. Ste.711,    New York, NY 10014-3652
10455106      +Gunex S.P.A.,    C/O Brunello Cuccinelli,    301 Fields Lane,    Brewster, NY 10509-2621
10455107       Hawick Cashmere,    P.O. Box 30560,    New York, NY 10087-0560
10455108      +Hilda Chen/1099,    C/O 636 Church Street,    San Francisco, CA 94114-2607
10455109      +Holzmueller Corporation,    1000 25th Street,    San Francisco, CA 94107-3509
```

```
10455110      Home Depot Credit Services,   Dept. 6031,    The Lakes, NV 88901-6031
10455111     +I.A.G. Financial,   1220 West Van Buren St.,    Chicago, IL 60607-2842
10455112     +Incotex U.S.A. L.L.C.,    Slowear NY Ltd,    135 Fifth Ave.   9th Fl,    New York, NY 10010-7149
10455113     +Inhabit,   1441 Broadway #3101,    New York, NY 10018-1832
10455115     +Isaac Mizrahi,   Im Ready Made,    475 Tenth Avenue,    New York, NY 10018-1120
10455116     +Island Pacific,   17310 Redhill Ave., #320,    Irvine, CA 92614-5600
10455117     +Issey Miyake,   119 Hudson Street,    New York, NY 10013-2341
10455118      J.Brand Inc.,   Hana Financial Inc.,    File 50516,   Los Angeles, CA 90050
10455119      JCX Expendables,   2413 Harrison,    San Francisco, CA 94110-2710
10455120     +James Butterfield Assoc.,   124 West 60th St,    New York, NY 10023-7451
10455121     +James Karwor Lee,   2270 41st Ave,    San Francisco, CA 94116-1517
10455122     +James Perse,   3311 East Slausson Ave.,    Vernon, CA 90058-3914
10455123     +Jarbo,   511 Boren Avenue North,    Suite 101,    Seattle, WA 98109-5505
10455124      Jarbo / Afr2,   117B Bellevue Way S.E.,    Bellevue, WA 98004
10455125     +Jean Paul Gaultier,   Aeffe USA Inc.,    30 W 56th St,    New York, NY 10019-3801
10455126     +Jeff Holland,   536 Olivina Ave.,    Livermore, CA 94551-2649
10455127     +Joanna Mastroianni,   230 West 38th Street,    15th Floor,    New York, NY 10018-9026
10455128     +John Clayton,   730 Cassanova #13,    Monterey, CA 93940-6846
10455129     +John Shen,   2039 43rd Ave.,    San Francisco, CA 94116-1034
10455130     +Josef Statkus Couture,   Greg Mills Ltd,    230 W.39th St. ,    10th Fl.,    New York, NY 10018-4927
10455131     +Joseph Durst,   211 Elm St. #305,    San Mateo, CA 94401-2635
10455132     +Joseph F. Keenan,   225 Cabrillo Hwy., South,    Ste. 204C,   Half Moon Bay, CA 94019-1738
10455133     +Joseph W. Callahan, Jr.,   c/o Callahan Property Company,    5674 Stoneridge Dr., Ste. 212,
               Pleasanton, CA 94588-8539
10455134     +Karen Sussman,   76 Germania,    San Francisco, CA 94117-3520
10455135     +Kathleen Dughi Jeweler, Inc.,    11 Bernard Street,    Mill Valley, CA 94941-1804
10455136     +Kathleen Tran,   2737 Rollingwood,    San Pablo, CA 94806-3159
10455137      Kenzo,   1 Rue de Pont Neuf,    75001 Paris,,   France
10455138     +Kiltie,   Crs International, Inc.,    3027 Route 9,    Cold Spring, NY 10516-3841
10455139     +Kiton,   689 Fifth Avenue, 15th Fl,    New York, NY 10022-3147
10455140     +Koi Design Studio Inc.,   1060 E. Cesar Chavez Ave.,    Los Angeles, CA 90033-1204
10455141     +Krantz And Company,    8 Howoland Drive,    Cross River, NY 10518-1509
10455142      Lainey Keogh,   42 Dawson St,    Dublin,2,,   Ireland
10455143     +Law Office of Richard S.E. Johns,   57 Post St., Ste. 604,    San Francisco, CA 94104-5023
10455144     +Le Central,   453 Bush Street,    San Francisco, CA 94108-3704
10455145     +Lee Lum Property Mgmt,    POP Box 590274,    San Francisco, CA 94159-0274
10455146     +Lorenzini Spa/Alom Corp.,    C/O Massimo Bizzocchi,    689 Fifth Avenue 15th Fl,
               New York, NY 10022-3147
10455147     +Loro Piana USA LLC,   711 Fifth Ave. 11th Fl,    New York, NY 10022-3113
10455148     +Louie & Wong,   425 Washington Street,    San Francisco, CA 94111-2344
10455149     +Luigi Borrelli LLC,   14 East 60th St., Ste 200,    New York, NY 10022-7148
10455150     +Luxury Accessories Intl,    34-18 Northern Blvd.,    Long Island City, NY 11101-2236
10455151     +M Missoni,   V.F.G. USA, Inc.,    P.O. Box 360286,    Pittsburgh, PA 15250-6286
10455152     +Mach III Designs, Ltd.,   689 Fifth Avenue,    15th Floor,    New York, NY 10022-3147
10455153     +Magliafico Chiemar Srl,    C/O Nico Albanese Inc.,    141 West 36th St 10th Fl,
               New York, NY 10018-6906
10455154     +Mail It Right,   1750 Cesar Chavez,Ste.G,    San Francisco, CA 94124-1140
10455155      Majestic,   4100 Ste. Catherine St.W,    Montreal, Quebec,,   Canada
10455156     +Malandrino,   Ellegi Consulting LLC,    30 West 57th Street,    New York, NY 10019-3916
10455157     +Manuel Marquez,   349 Rio Verde St.,    Daly City, CA 94014-1552
10455158     +Marin Cleaners Inc.,   700 A Street,    San Rafael, CA 94901-3972
10455159      Marin County Tax Collector,    Civic Center,    P.O. Box 4220, RM 200,    San Rafael, CA 94913-4220
10455160     +Martha Loyola,   1411 York,    San Francisco, CA 94110-4822
10455161     +Martin Margiela,   Staff USA, Inc,    220 West 19th St 11th Fl,    New York, NY 10011-4035
10455162      Matilde/Gianangeli,   E/45 62,    06078 Ponte Valleceppi,,   Italy
10455163     +Maureen French,   2535 Stockbridge Dr,    Oakland, CA 94611-2412
10455164     +Max Salvador,   1830-22nd Ave.,    San Francisco, CA 94122-4422
10455165     +McClure Electric,   45 Rausch Street,    San Francisco, CA 94103-3988
10455166     +McCoy Design,   909 Prospect St..Ste.130a,    La Jolla, CA 92037-4177
10455167     +Melinda Eng, Inc.,   260 West 39th Street,    8th Floor West,    New York, NY 10018-4410
10455168     +Mena Farakos,   710 Waller,    San Francisco, CA 94117-3225
10455169     +Michael Rizzo,   2250 14th Ave,    San Francisco, CA 94116-1841
10455170     +Milberg Factors,   c/o Ronald P. Slates P.C.,    523 W. 6th Street, Suite 502,
               Los Angeles, CA 90014-1225
10455171     +Mill Valley Refuse Svc,    P.O. Box 3557,    San Rafael, CA 94912-3557
10455172     +Monique Lhuillier, Inc.,   1201 South Grand Avenue,    3rd Floor,    Los Angeles, CA 90015-2156
10455173      Monterey County Tax Collector,    P.O. Box 891,    Salinas, CA 93902-0891
10455174     +Moschino,   Aeffe USA Inc.,    30 W 56th St,    New York, NY 10019-3801
10455175     +Nadine Martin,   985 Santa Cruz Ave. #C,    Menlo Park, CA 94025-4622
10455176     +Nancy Huie,   1573 Clay,    San Francisco, CA 94109-3801
10455177     +Nancy's Mid Valley Florist,    P.O. Box 222627,    Carmel, CA 93922-2627
10455178     +Nandita Joshi,   51 Keats Road,    Short Hills, NJ 07078-2913
10455179     +National Parking & Valet,    578 A Houston Street,    Monterey, CA 93940-3226
10455180      Neu Investment,   47 Parsippany Road,    Whippany, NJ 07981-1422
10455181      New York Life Insurance,    PO Box 13059,    Dallas, TX 75313-0539
10455182     +Nina Kirilova,   1000 Foster City Blvd. #4410,    Foster City, CA 94404-5304
10455183     +North Point Advisors LLC,    Attn: Michael Kelly,    580 California Street, Suite 2000,
               San Francisco, CA 94104-1041
10455184     +Oakland Packaging& Supply,    3200 Regatta Blvd.Unitf,    Richmond, CA 94804-6481
10455185     +Of The Cloth,   C/O Glazer 38 W. 21st St 7th fl,    New York, NY 10010-6974
10455186     +Olivia Basiw,   355 Octavia #33,    San Francisco, CA 94102-5816
10455187     +On The Mark,   1186 Folsom Street,    San Francisco, CA 94103-3927
10455188     +Orkin Pest Control,   12710 Magnolia Ave.,    Riverside, CA 92503-4620
10455189     +Oscar De La Renta,   550 Seventh Avenue,    New York, NY 10018-3207
```

```
10455190      +Oxxford Clothes XX,    1220 West Van Buren St.,     Chicago, IL 60607-2842
10455191       Pacific Auxilliary Fire Alarm Co. (PAFA),    95 Boutwell Street,      San Francisco, CA 94124-1903
10455192      +Pacific Fire Safe,    1015 Fassler Ave.,    Pacifica, CA 94044-3653
10455193      +Palo Alto Hardware,    111 Main Street,    Half Moon Bay, CA 94019-1705
10455194      +Pamella Roland,    501 Seventh Ave, Ste 300,     New York, NY 10018-8612
10455195      +Pantherella USA,Inc.,    214 West 39th St. Ste 402,     New York, NY 10018-5593
10455196      +Paul Defacio,    355 Buena Vista East #703,     San Francisco, CA 94117-4177
10455197       Pazuki,    2 Beverly Gardens,    London, SW13,     Great Britain
10455198      +Perseus Distribution,    23702 Network Place,     Chicago, IL 60673-1237
10455199      +Peter Laffranchi,    101 Rosa Flora Circle,     So. San Francisco, CA 94080-5752
10455200       Piazza Sempione Spa,    Via Vigevano, 18,     20144 Milano,,    Italy
10455201       Pitney Bowes Global Finance,    P.O. Box 856460,     Louisville, KY 40285-6460
10455202      +Pratesi Linens, USA,    381 Park Avenue South,     New York, NY 10016-8806
10455203      +Quest Turnaround Advisors, LLC,    Attn: Michael Appel,     287 Bowman Avenue,
                Purchase, NY 10577-2568
10455204       Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
10455205       R&Y Augousti, Inc.,    103 Rue Du Bac,    Paris 75007,,    France
10455206      +Rachel Martinez,    38224 Logan Drive,    Fremont, CA 94536-5902
10455207      +Rai Credit LLC,    21 Main Street, Suite 352,,     Hackensack, NJ 07601-7091
10455208      +Randall Candler,    601 Van Ness #404,    San Francisco, CA 94102-3251
10455209      +Renee Willis,    1527 63rd St.,    Emeryville, CA 94608-2001
10455210      +Reng Company,    777 Clay Street, No.14,     San Francisco, CA 94108-1815
10455211      +Republic Indemnity Co,    Po Box 51060,    Los Angeles, CA 90051-5360
10455213      +Richard Grand,    29 West 57th Street, 6th Flr,     New York, NY 10019-3406
10455212      +Richard Grand,    141 West 36th - 10th Floor,     New York, NY 10018-6906
10455214      +Rico Realty Co.,    1528 S. El Camino Real,     Suite 306,    San Mateo, CA 94402-3067
10455215      +Rivamonte,    C/O Brunello Cuccinelli,    301 Fields Lane,     Brewster, NY 10509-2621
10455216      +Robert Danes,    476 Broome Street,    Second Floor,     New York, NY 10013-2281
10455217      +Robert Simmons,    380 Genoa Drive,    Redwood City, CA 94065-2826
10455218      +Roberto Cavalli,    Art Fashion Corp. Dba,     712 Fifth Avenue 27th Fl.,    New York, NY 10019-4134
10455219      +Roland Nivelais,    202 West 40th Street,    New York, NY 10018-1504
10455220      +Rosenthal & Rosenthal,    c/o Alan L. Brodkin & Assoc.,    15500 B Rockfield Blvd.,
                Irvine, CA 92618-2722
10455221      +Ross Hunter,    2051 Gardenview,    Santa Rosa, CA 95403-9488
10455222      +Russ Clower,    P.O. Box 14277,    San Francisco, CA 94114-0277
10455225       S.F. Tax Collector,    Property Taxes,     P.O. Box 7426,    San Francisco, CA 94120-7426
10455223       S.F. Tax Collector,    Business Tax Division,     P.O. Box 7425,    San Francisco, CA 94120-7425
10455224       S.F. Tax Collector,    Business Taxes & Licenses,     P.O. Box 7427,    San Francisco, CA 94120-7427
10458564      +SPG Center, LLC,    c/o Simon Property Group, Inc.,     225 West Washington Street,
                Indianapolis, IN 46204-3435
10455226      +Sacai,    The News,    495 Broadway 5th Floor,     New York, NY 10012-4457
10455227      +Sally Alexander Tate,    76 Germania St,    San Francisco, CA 94117-3520
10455228      +Sandy Ross,    1150 Union St. #406,    San Francisco, CA 94109-2023
10455229       Santa Clara County Tax Collector,    70 W. Heading St., East Wing,     San Jose, CA 95110-1767
10455230      +Sarut Group,    P.O. Box 110495,    Brooklyn, NY 11211-0495
10455231       Saverio Palatella,    Via dei Ciclamini, 3,     20147 Milano,,    Italy
10455232      +Sbu Jeans/Service Box Inc,    C/O Palma Settimi Inc.,     301 Fields Lane,    Bewster, NY 10509-2621
10455233       Schiatti & C. S.R.L.,    Viale Cesare Battiisti, 59,     20052 Monza Milano,,    Italy
10455234       Schindler Elevator Corp.,    P.O. Box 93050,     Chicago, IL 60673-3050
10455235      +Secretary of the Treasury,    1500 Pennsylvania Avenue N.W.,     Washington, DC 20220-0001
10455236       Seraphin,    57 Quai de Valmy,    75010 Paris,,    France
10455237      +Serita Sangimino,    139 Jeter,    Redwood City, CA 94062-1956
10455238      +Shalini,    27 West 9th Street,    Suite 2,     New York, NY 10011-8945
10455239      +Shek Lim Yu,    2908 Deakin St. #D,    Berkeley, CA 94705-1979
10455240      +Sheree Chambers,    1004 Green Hill Road,     Mill Valley, CA 94941-3496
10455241      +Shigeko Kanai-Pitman,    1734 9th Ave #1,     San Francisco, CA 94122-4756
10455242       Shirin Cashmere,    2 Washington House, 20 Basil St.,     London, SW3 1AR,    Great Britain
10455243      +Shu Uemura,    Wachovia Lock Box Process,    P.O. Box 751213,     Charlotte, NC 28275-1213
10455244      +Simin Vahedian-Motalebi,    10709 Culbertson Drive,     Cupertino, CA 95014-3554
10455245      +Smart Window Cleaning,    22 Commercial Blvd.,Ste.B,     Novato, CA 94949-6111
10455246      +Social Security Administration,    Chief Counsel, Region IX,    939 Market Street,
                San Francisco, CA 94103-1706
10455247       Sonitrol,    P.O. Box 9189,    Fresno, CA 93791-9189
10455248      +Sottile Alteration,    27 Hill Street,    Mill Valley, CA 94941-2069
10455249      +Stephens, Inc.,    Attn: Simon R. Bagnall,     111 Center Street,    Little Rock, AR 72201-4425
10455250      +Steve Matsuo/1099,    1443 Hayes Street,    San Francsico, CA 94117-1425
10455251      +Surf N Sand,    P.O. Box 1700,    Carmel, CA 93921-1700
10455252      +Sutter Stockton Garage,    444 Stockton St.,     San Francisco, CA 94108-3625
10455253      +Suzanne Felsen,    2525 Michigan Ave.,    Bergamot Station G3,     Santa Monica, CA 90404-4014
10455254      +Sylvia Heisel,    Post Modern Productions,     214 West 39th Street,    New York, NY 10018-4404
10455255       Tap Plastics,    P.O. Box 521,    Rodeo, CA 94572-0521
10455256      +The Carmel Pine Cone,    734 Lighthouse Ave.,     Pacific Grove, CA 93950-2522
10455257      +The Jug Shop,    1590 Pacific Ave.,    San Francisco, CA 94109-2627
10455258      +The Wessling Creative Grp,    440 Brannan Street,     San Francisco, CA 94107-1713
10455259      +Thornley & Pitt, Inc.,    126 Hawthorne Street,     San Francisco, CA 94107-1371
10455260      +Tiare Osborn,    P.O. Box 2556,    Sebastopol, CA 95473-2556
10455261      +Toby Ko,    970 Helen,    Millbrae, CA 94030-1557
10455262      +Tomas Maier,    630 N.E. 8th St,    Del Ray Beach, FL 33483-5716
10455263       Trends Monte Carlo,    Via Gesu, 17,    20121 Milano,,    Italy
10455264      +Truzzi Inc.,    C/O Glazer,    38 West 21st St. 7th Fl,     New York, NY 10010-6974
10455265      +Ucci,    516 W. Shaw, Ste 200,    Fresno, CA 93704-2515
10455266       Udo Edling,    25, Rue Etienne Marcel,    75001 Paris,,    France
10455267       United Parcel Service,    P.O. Box 894820,     Los Angeles, CA 90189-4820
```

```
10455268     +United States Attorney,    Civil Division,    450 Golden Gate Avenue,
              San Francisco, CA 94102-3661
10455269     +Until There's A Cure,    560 Mountain Home Road,    Redwood City, CA 94062-2515
10455270     +Valentino Boutique,    11 W 42nd St. 26th Fl,    New York, NY 10036-8011
10455271     +Valentino Roma,    11 W 42nd St. 26th Fl,    New York, NY 10036-8011
10455272     +Varsity Contractors, Inc.,    P.O. Box 1692,    Pocatello, ID 83204-1692
10455273     +Victor's Tailoring,    391 Sutter St., #308,    San Francisco, CA 94108-4312
10455274     +W Magazine,    P.O. Box 37709,    Boone, IA 50037-0709
10455275     +W. Kleinberg,    P.O. Box 550995,    Atlanta, GA 30355-3495
10455276      Walter Voulaz,    Via Caio Plinio Secondo, 1,    22070 Grandate,,    Italy
10455277      Wells Fargo,    Payment Remittance Center,    P.O. Box 54349,    Los Angeles, CA 90054-0349
10455278     +West-Lite Supply Co.,Inc.,    12951 166th Street,    Cerritos, CA 90703-2104
10455279     +Western Exterminator,    1320 Marsten Rd., Ste. D,    Burlingame, CA 94010-2462
10455280     +White Oak Orchids, Inc.,    1456 Oxford St.,    Redwood City, CA 94061-2815
10455282     +Wilkes Bashford,    c/o Wilkes Bashford Company,    560 Sutter St., Ste. 320,
              San Francisco, CA 94102-1112
10455281     +Wilkes Bashford,    469 Collingwood,    San Francisco, CA 94114-2810
10455283     +William Downes,    455 Vallejo #212,    San Francisco, CA 94133-4146
10455284     +William Jackson,    12714 Chaparral Ave.,    Saratoga, CA 95070-3640
10455285     +Wilson & Dean,    645 Lake Street,    San Francisco, CA 94118-1218
10455286     +Wing Wu & Company,    551 Coralie Dr.,    Walnut Creek, CA 94597-2516
10455287      Winthrop Resources Corp.,    P.O. Box 650,    Hopkins, MN 55343-0650
10455288      Wolford America, Inc.,    P.O. Box 13381,    Newark, NJ 07101-3381
10455289     +World Paper Inc.,    36 Sunrise Drive,    Hawthorne, NY 07506-3219
10455290     +Yohji Yamamoto,    Yohji Yamamoto USA Inc.,    134 Spring Street Ste 604,    New York, NY 10012-3877
10455291     +Yvonne Hughes,    1253 Sleepy Hollow Lane,    Millbrae, CA 94030-1528
10455292     +Z.Pants Inc.,    29 West 57th Street,    6th Floor,    New York, NY 10019-3406
10455293      Zandra Rhodes Enterprises,    81 Bermondsey Street,    London, SE13XF,    Great Britain
The following entities were noticed by electronic transmission on Nov 10, 2009.
smg           EDI: CALTAX.COM Nov 10 2009 20:08:00       CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg           EDI: IRS.COM Nov 10 2009 20:08:00       IRS,    P.O. Box 21126,    Philadelphia, PA  19114
10454976      EDI: ATTWIREBK.COM Nov 10 2009 20:03:00       AT&T,    P.O. Box 8102,    Aurora, IL 60507-8102
10454978      EDI: ATTWIREBK.COM Nov 10 2009 20:03:00       AT&T Long Distance,    P.O. Box 5017,
              Carol Stream, IL 60197-5017
10455002      EDI: BMWFINANCIAL.COM Nov 10 2009 20:08:00       BMW Financial Services,    P.O.Box 78103,
              Phoenix, AZ 85062
10455081      EDI: FORD.COM Nov 10 2009 20:08:00       Ford Credit,    P.O. Box 7172,    Pasadena, CA 91109-7172
10455083      EDI: CALTAX.COM Nov 10 2009 20:08:00       Franchise Tax Board,    Bankruptcy Unit,    P.O. Box 2952,
              Sacramento, CA 95812-2952
10455114      EDI: IRS.COM Nov 10 2009 20:08:00       Internal Revenue Service,    Special Procedures Section,
              1301 Clay Street, Stop 1400S,    Oakland, CA 94612-5210
10455277      EDI: WFFC.COM Nov 10 2009 20:08:00       Wells Fargo,    Payment Remittance Center,    P.O. Box 54349,
              Los Angeles, CA 90054-0349
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Shareholder Lenders
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**          **Signature:**          *Joseph Speetjens*