DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of United States Trustee
235 Pine Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-33497 TEC |
| **THE WILKES BASHFORD COMPANY,** | Chapter 11 |
| Debtor-in-Possession. | |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following unsecured creditors of the above-named debtor, each being among those holding the largest unsecured claims against the debtor and being willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **Brioni Roman Style USA Corp.**
   Attn: Todd Barrato & Tony Lee
   610 Fifth Avenue, Suite 404
   New York, NY 10020
   Tel 212-332-6900
   Fax 212-332-6901
   Email: todd.barrato@brioni.com
   tony.lee@brioni.com
   jringle@pavialaw.com

2. **Kiton Corporation**
   4 East 54th Street
   New York, NY 10022
   Tel 212-486-5250
   Fax 212-486-3226
   Email: gpavia@pavialaw.com

3. **Belvest USA, Inc.**
   Attn: Roberta Cocco
   5 East 57th Street, 21st Floor
   New York, NY 10022
   Tel 212-317-0460
   Fax 212-317-9370
   Email: roberta@belvestusa.com
   pwb@begoshorgan.com
   dmcgrail@davidmcgraillaw.com

4. **Oxxford Clothes XX**
   1220 West Van Buren Street
   Chicago, IL 60607
   Tel 212-755-7400
   Email: rsallander@gpsllp.com

5. **Loro Piana USA LLC**
   711 5th Avenue, 11th Floor
   New York, NY 10022
   Tel 212-980-7960
   Fax 212-980-7965
   Email: hmllaw@att.net
   harlan.lazarus@gmail.com

Dated: November 16, 2009                    Sara L. Kistler, Acting U.S. Trustee

                                            By: /s/ Julie M. Glosson
                                                Attorney for U.S. Trustee

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS                          - 2 -