B 6G (Official Form 6G) (12/07)

In re  The Wilkes Bashford Company          ,        Case No. 09-33497
                    **Debtor**                                              (if known)

# AMENDEDSCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached spreadsheet | |
| | |
| | |
| | |
| | |
| | |

| Name | Address1 | Address2 | City | State | Zip | | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| | | | | | | Nonresidential Real Property | |
| 4692 Shopping Center LLC | Attn: John Benvenuto | File #57331 | Los Angeles | CA | 90074-7331 | X | Lease of Palo Alto Store 450 Stanford Shopping Center Palo Alto, CA 94309 |
| 550 Sutter LLC | Attn: Vincent Lee | 13020 La Paloma Road | Los Altos | CA | 94022 | X | Lease of Business Office 560 Sutter Street San Francisco, CA 94108 |
| Alex Tieh | 325 West 38th St., Ste 207 | | New York | NY | 10018 | | Supplier Term Agreement |
| Alom Corp | 689 Fifth Avenue, 15th Floor | | New York | NY | 10022 | | Vendor Term Agreement |
| Armand Dirahourian | 19 West 21st Street, Ste 1001 | | New York | NY | 10010 | | Supplier Term Agreement |
| Avon Celli dba Mach III Designs, LTD | 689 Fifth Avenue 15th Floor | | New York | NY | 10022 | | Vendor Term Agreement |
| Beker Fashion dba Frascara | 87 Colville Road | | Toronto, Ontario | | Canada | | Vendor Term Agreement |
| Belvest | 5 East 57th St., 21st Flr | | New York | NY | 10022 | | Vendor Term Agreement |
| Benedetta Novi SRL | Via Barsanti, 11a 13a 56025 | Pontedera (PI) | | | ITALY | | Supplier Term Agreement |
| Bernard Zins dba Z Pants | 29 West 57th Street, 6th Flr | | New York | NY | 10019 | | Vendor Term Agreement |
| BluMarine BluFin | 37 West 57th St., 9th Flr | | New York | NY | 10019 | | Vendor Term Agreement |
| BMW Financial Services | P.O.Box 78103 | | Phoenix | AZ | 85062 | | Lease re car for Wilkes Bashford |
| Boglioli SPA c/o Palma Settimi Inc. | 301 Fields Lane | | Brewster | NY | 10509 | | Vendor Term Agreement |
| Bogner | 172 Bogner Drive | | Newport | VT | 05855 | | Vendor Term Agreement |
| Botega Sartoriale | 8 East 12th St. 10th Flr | | New York | NY | 10003 | | Supplier Term Agreement |
| Brunello Cucinelli c/o Palma Settimi Inc. | 301 Fields Lane | | Brewster | NY | 10509 | | Vendor Term Agreement |
| Bruno SPA | 16 West 56th Street | | New York | NY | 10019 | | Supplier Term Agreement |
| Callahan Property Company | Attn: Debbie Clausen | 5674 Stoneridge #212 | Pleasanton | CA | 94588 | X | Lease of San Francisco Store 375 Sutter Street San Francisco, CA 94108 |
| Carol Peretz Workshop | 49 Windsor Ave., Ste 103 | | Mineola | NY | 11501 | | Supplier Term Agreement |

| Name | Address1 | Address2 | City | State | Zip | | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Catherine Regehr | 201 - 120 West 3rd Ave. | | Vancouver | B.C | Canada | | Vendor Term Agreement |
| Confezioni E Ricami | 8 East 12th St. 10th Flr. | | New York | NY | 10003 | | Vendor Term Agreement |
| Cravate Royale | 7172 Regional Street #101 | | Dublin | CA | 94568 | | Vendor Term Agreement |
| Crisada dba Chris Cole | 3913 23rd Street | | Long Island | NY | 10019 | | Supplier Term Agreement |
| Donald Deal | 202 West 40th St., 12th Flr | | New York | NY | 10018 | | Vendor Term Agreement |
| Ermenegildo Zegna | 100 West Forest Ave | Unit A | Englewood | NJ | 07631 | | Vendor Term Agreement |
| Felamm SPA | 8 East 12th St. 10th Fl | | New York | NY | 10003 | Nonresidential Real Property | Supplier Term Agreement |
| Ford Credit | P.O. Box 7172 | | Pasadena | CA | 91109-7172 | | Lease re Visual Presentation truck #1 |
| Ford Credit | P.O. Box 7172 | | Pasadena | CA | 91109-7172 | | Lease re Visual Presentation truck #2 |
| Ford Credit | P.O. Box 7172 | | Pasadena | CA | 91109-7172 | | Lease re Visual Presentation truck #3 |
| Frank Ancona | PO Box 590523 | | San Francisco | CA | 94159-0523 | | Consignment agreement |
| Glazer Imports | 8 East 12th St. 10th Fl | | New York | NY | 10003 | | Vendor Term Agreement |
| Gunex SPA c/o Brunello Cuccinelli | 301 Fields Lane | | Brewster | NY | 10509 | | Vendor Term Agreement |
| Isaac Mizrahi dba I'm Ready Made | 475 Tenth Ave. | | New York | NY | 10018 | | Vendor Term Agreement |
| Issey Miyake | 119 Hudson St. | | New York | NY | 10013 | | Vendor Term Agreement |
| J Mendel | 463 7th Avenue, 9th Flr | | New York | NY | 10018 | | Supplier Term Agreement |
| Jarbo | 117B Bellevue Way S.E. | | Bellevue | WA | 98004 | | Supplier Term Agreement |
| Jean Paul Gaultier dba AEFFE USA Inc. | 30 West 56Th Street | | New York | NY | 10019 | | Vendor Term Agreement |
| Joanna Mastroianni | 230 West 38th St., 15th Flr | | New York | NY | 10018 | | Vendor Term Agreement |
| JuJu | 270 Lafayette St., Ste 505 | | New York | NY | 10012 | | Supplier Term Agreement |
| Katherine Dughi | 11 Bernard St. | | Mill Valley | CA | 94941 | | Consignment agreement |
| Kiton | 689 Fifth Ave., 15th Flr | | New York | NY | 10022 | | Vendor Term Agreement |

2

| Name | Address1 | Address2 | City | State | Zip | Nonresidential Real Property | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Koi Design Studio | 1060 E. Cesar Chavez Ave., | | Los Angeles | CA | 90033 | | Vendor Term Agreement |
| L.A.I. | 3418 Northern Blvd. | | Long Island City | NY | 11101 | | Supplier Term Agreement |
| Lee Lum Property Mgmt | Attn: Christine Lum | PO Box 590274 | San Francisco | CA | 94159 | X | Lease of Mill Valley Store 57 Throckmorton Mill Valley, CA 94941 |
| Liancarlo, Inc. | 1737 Nw 79Th Avenue | | Miami | FL | 33126 | | Supplier Term Agreement |
| Luciano Barbera dba Grilux | 730 Fifth Avenue, Ste. 1904 | | New York | NY | 10019 | | Vendor Term Agreement |
| Lupetta | 9461 Charleville Blvd. | | Beverly Hills | CA | 90212 | | Supplier Term Agreement |
| Macerich Carmel LP | Attn: Don Benz | Dept 2596-3020 | Los Angeles | CA | 90084-2596 | X | Lease of Carmel Store Ocean and Junipero Serra Carmel, CA 93921 |
| Mach III Designs | 689 Fifth Avenue, 15th Fl | | New York | NY | 10022 | | Vendor Term Agreement |
| Maglital | 8 East 12Th St. 10th Flr | | New York | NY | 10003 | | Supplier Term Agreement |
| Majestic Tshirts | 4100 Ste. Catherine St.W | | Montreal, Quebec | | Canada | | Vendor Term Agreement |
| Malandrino dba Ellegi Consulting LLC | 30 West 57th St, New York, NY 10019 | | New York | NY | 10019 | | Supplier Term Agreement |
| Massimo Bizzocchi | 689 Fifth Avenue, 15th Fl | | New York | NY | 10022 | | Vendor Term Agreement |
| Melinda Eng | 260 West 39th Street | | New York | NY | 10018 | | Vendor Term Agreement |
| Neu Investment Corp. | Attn: Marcella Harrison | 47 Parsippany Road | Whippany | NJ | 07981 | X | Warehouse Lease 2200 Jerrold #V San Francisco CA 94124 |
| Nicky SRL | 8 East 12Th St. 10th Flr. | | New York | NY | 10003 | | Supplier Term Agreement |
| North Point Advisors LLC | Attn: Michael Kelly | 580 California St, Suite 2000 | San Francisco | CA | 94104 | | Consultation Agreement |
| Oscar De La Renta | 550 Seventh Avenue | | New York | NY | 10018 | | Vendor Term Agreement |
| Oxxford | 1220 West Van Buren St. | | Chicago | IL | 60607 | | Vendor Term Agreement |
| Pantherella | 214 West 39th Street | | New York | NY | 10018 | | Supplier Term Agreement |

3

| Name | Address1 | Address2 | City | State | Zip | Nonresidential Real Property | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| Passagarda Sarc dba La Fee Parisienne | une marque de Passagarda Sarl | societe au capital de 10000 Eu Versailles | | | 75001 Paris FRANCE | | Supplier Term Agreement |
| Paule KA | 223 Rue Saint Honore | | | | FRANCE | | Supplier Term Agreement |
| PGA SPA | | | | | | | Supplier Term Agreement |
| Piazza Sempione | Via Vigevano, 18, 20144 | | Milano | | Italy | | Vendor Term Agreement |
| Pratesi Linens, USA | 381 Park Avenue South | | New York | NY | 10016 | | Concession agreement |
| Qi Exchange, LLC , Ford Credit | P.O. Box 239850 | | Las Vegas | NV | 89105 | | Lease re Warehouse #1 truck #1 |
| Qi Exchange, LLC , Ford Credit | P.O. Box 239850 | | Las Vegas | NV | 89105 | | Lease re Warehouse #1 truck #2 |
| Quest Turnaround Advisors, LLC | Attn: Michael Appel | 287 Bowman Avenue | Purchase | NY | 10577 | | Consultation Agreement |
| RAI Credit, LLC | 21 Main Street, Suite 352 | | Hackensack | NJ | 07601 | | WB Credit Card Agreement |
| Rene Ruiz Wholesale Inc | 2700 Ponce De Leon Blvd | | Coral Gables | FL | 33134 | | Supplier Term Agreement |
| Rico Realty Co. | Attn: Bruce Lubarski | 400 S. El Camino Real, #700 | San Mateo | CA | 94402 | X | Display Warehouse Lease 501 Mendell Street, Unit C San Francisco, CA 94124 |
| Rivamonte | C/O Brunello Cuccinelli | 301 Fields Lane | Brewster | NY | 10509 | | Vendor Term Agreement |
| Robert Cavalli | Art Fashion Corp. Dba Art Fashion | 712 Fifth Avenue 27th Fl. | New York | NY | 10019 | | Vendor Term Agreement |
| Robert Danes | 481 Greenwich | | New York | NY | 10013 | | Supplier Term Agreement |
| Shalini | 27 West 9th Street | | New York | NY | 10011 | | Vendor Term Agreement |
| Sylvia Heisel DBA Post Modern Productions | 214 West 39th St. | | New York | NY | 10018 | | Supplier Term Agreement |
| The Hawick Cashmere Co. | 4465 Solutions Ctr. | | Chicago | IL | 60677 | | Vendor Term Agreement |
| The Miracle Group | | | | | | | Supplier Term Agreement |
| The Stephens Group | Attn: Simon R. Bagnall | 65 East 55th St, 22nd Floor | New York | NY | 10022 | | Consultation Agreement |
| Truzzi Inc. | 8 East 12th St. 10th Flr. | | New York | NY | 10003 | | Vendor Term Agreement |
| Wilson & Dean | 645 Lake Street | | San Francisco | CA | 94118 | | Concession agreement |

4

| Name | Address1 | Address2 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|---|---|---|---|
| Winthrop Resources Corp. | P.O. Box 650 | | Hopkins | MN | 55343-0650 | Nonresidential Real Property Schedule A01- Island Pacific, DMX Music, Applied Retail Solutions |
| Winthrop Resources Corp. | P.O. Box 650 | | Hopkins | MN | 55343-0650 | Schedule A02- Island Pacific, Applied Retail Solutions, Sony, HP |
| Winthrop Resources Corp. | P.O. Box 650 | | Hopkins | MN | 55343-0650 | Schedule A03- Island Pacific, Applied Retail Solutions, POSable Solutions |

5

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Wilkes Bashford Company, Inc  ,  Case No. 09-33497
　　　　　　　Debtor　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　_____
Printed or Typed Name and Title, if any,　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____　　　　_____
Signature of Bankruptcy Petition Preparer　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

　　I, the  Responsible Individual  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Wilkes Bashford Company  `corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  6  sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/13/09　　　　　　　　　　　Signature:  /s/ Michael Appel
　　　　　　　　　　　　　　　　　　　　　　　　Michael Appel, Responsible Individual
　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.