FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
M. ELAINE HAMMOND (S.B. NO. 197444)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Debtor
TWBC, INC. f/k/a THE WILKES BASHFORD COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TWBC, Inc. f/k/a The Wilkes Bashford Company,<br><br>        Debtor. | Case No. 09-33497 TEC<br><br>Chapter 11<br><br>**NOTICE OF (1) CLOSING OF SALE, (2) DISBURSEMENT OF FUNDS, AND (3) NAME CHANGE OF DEBTOR**<br><br>[No Hearing Requested] |

**TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

PLEASE TAKE NOTICE of the following events in the Chapter 11 case of TWBC, Inc. f/k/a The Wilkes Bashford Company, debtor and debtor in possession ("Debtor"):

**A.  ASSET SALE:**

On November 25, 2009, the Court entered its *Order (I) Authorizing Sale of Debtor's Assets Free and Clear of Liens Pursuant to Bankruptcy Code § 353, (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code § 365, and (III) Making Findings Pursuant to Bankruptcy Code § 363(m)*. Pursuant to this order, the Debtor was authorized to sell substantially all its assets, and assume and assign certain executory contracts and unexpired leases, to Ed Mitchell West, LLC (the "Sale"). On November 30, 2009, the Sale closed.

**B.  DISBURSEMENT OF FUNDS:**

On November 30, 2009, the Debtor disbursed cash proceeds of the Sale as follows.

$567,289 was disbursed to repay certain debtor-in-possession financing extended by Mitchell.

$409,611 was disbursed in satisfaction of cure costs associated with the assumption and assignment of executory contracts and unexpired leases.

Net remaining Sale proceeds of $3,179,630 were disbursed to Comerica Bank ("Comerica") on account of its prepetition secured claim.

Additional detail on the disbursement of the Sale proceeds is provided in the "Closing Sequence and Flow of Funds Memorandum," attached hereto as Exhibit A.

On December 2, 2009, the Debtor disbursed an additional $76,073.55 to Comerica. The final disbursement was from the proceeds of Comerica's collateral, and constituted payment in full of Comerica's prepetition secured claim.

{00480373.DOC v 1}

2    NOTICE OF (1) CLOSING OF SALE, (2) DISBURSEMENT OF FUNDS, AND (3) NAME CHANGE OF DEBTOR

Case: 09-33497   Doc# 117   Filed: 12/07/09   Entered: 12/07/09 16:47:02   Page 2 of 3

**C. NAME CHANGE:**

Following the Sale closing, the Debtor changed its name to TWBC, Inc. in compliance with the terms of the sale agreement. All future pleadings filed in this case will refer to the Debtor as "TWBC, Inc., f/k/a The Wilkes Bashford Company."

Dated: December 7, 2009        FRIEDMAN DUMAS & SPRINGWATER LLP

By:  */s/ M. Elaine Hammond*
      M. Elaine Hammond
      Attorneys for Debtor
      TWBC, INC. f/k/a THE WILKES BASHFORD COMPANY