Signed and Filed: December 18, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

1  Maxim B. Litvak (CA Bar No. 215852)
   PACHULSKI STANG ZIEHL & JONES LLP
2  150 California Street, 15th Floor
   San Francisco, California 94111-4500
3  Telephone: 415/263-7000
   Facsimile: 415/263-7010
4  E-mail: mlitvak@pszjlaw.com

5  Mark Power (NY Bar No. MP1607)
   Jeffrey Zawadzki (NY Bar No. JZ1656)
6  HAHN & HESSEN LLP
   488 Madison Avenue
7  New York, NY 10022
   Telephone 212-478-7350
8  Facsimile 212-478-7400
   Email: mpower@hahnhessen.com
9          jzawadzki@hahnhessen.com

10 [Proposed] Attorneys for the Official
   Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**TWBC, Inc. f/k/a THE WILKES BASHFORD COMPANY**,<br><br>Debtor. | Case No.: 09-33497<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COMMITTEE CO-COUNSEL**<br><br>**[No Hearing Required]** |

The Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Committee Co-Counsel* (the "Application") filed by the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), and the Declaration of Maxim B. Litvak in support thereof. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that

PSZ&J is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Application is granted.

**ORDERED** that the Committee is authorized to employ PSZ&J as its co-counsel herein on the terms and conditions set forth more fully in the Application, effective as of November 17, 2009.

**ORDERED** that PSZ&J shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

Debtor
The Wilkes Bashford Company
375 Sutter Street
San Francisco, CA 94108

Attorneys to Debtor
Cecily A. Dumas
M. Elaine Hammond
Friedman, Dumas and Springwater
150 Spear St. #1600
San Francisco, CA 94104

Responsible Individual
Michael C. Appel, Interim CEO
The Wilkes Bashford Company
375 Sutter Street
San Francisco, CA 94108

Attorneys for Acting US Trustee Sara L. Kistler
Donna S. Tamanaha
Julie M. Glosson
Office of the U.S. Trustee
235 Pine St, Suite 700
San Francisco, CA 94104

Attys for Simon Property Group, Inc.
Attn: Catherine M. Martin, Esq.
225 West Washington Street
Indianapolis, IN 46204

Attys for Shareholder Lenders
Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Attys for The Macerich Company
Thomas J. Leanse,
Brian D. Huben
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Attys for Comerica Bank
Robert Izmirian, Esq.
Buchalter Nemer,
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Attys for DUSAN S.R.L.
David J. Cook. Esq.

Cook Collection Attorneys
165 Fell Street
P.O. Box 270
San Francisco, CA 94102-5106

Attys for DUSAN S.R.L.
LANCE FRANK. ESQ.
18 East 48th Street. 18th Floor
New York, NY 10017

Attys for Lee Lum L.P.
Kenneth L. Valinoti, Esq.
Valinoti & Dito LLP
180 Montgomery Street, Ste. 940
San Francisco, CA 94104-4223