```
 1  FRIEDMAN DUMAS & SPRINGWATER LLP
    CECILY A. DUMAS (S.B. NO. 111449)
 2  M. ELAINE HAMMOND (S.B. NO. 197444)
    150 Spear Street, Suite 1600
 3  San Francisco, CA 94105
    Telephone Number:  (415) 834-3800
 4  Facsimile Number:  (415) 834-1044

 5  Attorneys for Debtor
    TWBC, INC. f/k/a THE WILKES BASHFORD
 6  COMPANY
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TWBC, Inc.<br>f/k/a The Wilkes Bashford Company,<br><br>Debtor. | Case No. 09-33497 TEC<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TOBY KO**<br><br>**[NO HEARING REQUIRED]** |

**TO THE HONORABLE THOMAS CARLSON, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

TWBC, Inc., f/k/a Wilkes Bashford Company ("Debtor"), Debtor and Debtor-in-possession, hereby submits this Application, pursuant to 11 U.S.C. § 363(c), for an order authorizing the employment of Toby Ko. In support of this Application the Debtor respectfully represents:

A. The Debtor filed a voluntary petition for reorganization under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on November 9, 2009. No trustee or examiner has been appointed, and the Debtor continues to operate its business as Debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

B. The Official Committee of Unsecured Creditors (the "Committee") was appointed by the United States Trustee on November 16, 2009.

C. Substantially all of the Debtor's assets were sold pursuant to an order of the Court filed November 25, 2009.

D. Prior to the sale, Toby Ko ("Ko") was the chief financial officer of the Debtor. Effective December 1, 2009, Ko was appointed as the "Responsible Individual" for the Debtor to assist with the wind-down of the Debtor's operations and recovery of assets.

E. The Debtor believes that it is in the best interests of the estate to employ Ko for part-time services on the terms and conditions set forth herein.

## TERMS OF EMPLOYMENT

1. The Debtor shall employ Ko effective as of December 1, 2009 to perform accounting services associated with the winding-up of the Debtor.

2. Ko shall be compensated at the rate of $72 per hour. Ko shall not be entitled to any employment benefits from the Debtor, other than Ko's continued participation in the 401K plan established by the Debtor until such 401K plan is terminated.

3. Ko shall submit invoices on a monthly basis to counsel for the Committee, and if no objections are made within ten (10) days after submission of the invoice, Ko may be paid without further order of the court.

4. Through the duration of Ko's employment by the Debtor, Ko shall assist the Debtor, as needed, to (i) maintain the Debtor's books and records, (ii) prepare the Debtor's monthly reports for filing with the Office of the United States Trustee, (iii) prepare all other reports (with the assistance of counsel as needed) required by the Bankruptcy Court and/or the Office of the United States Trustee, (iv) assist the Debtor with review and recovery of assets of the Debtor's estate, (v) assist the Debtor with objecting to claims, including analyzing proofs of claim filed by creditors and providing the Debtor with the data and documents, to the extent available, to enable it to file objections to objectionable claims, and (v) provide the Debtor with the information and documents, to the extent available, necessary

for it to file and prosecute avoidance causes of action, including complaints to recover preferential payments and fraudulent conveyances.

WHEREFORE, the Debtor requests that Toby Ko be employed by the Debtor, pursuant to 11 U.S.C. § 363(c), on the terms and conditions set forth herein, subject to further orders of this Court.

Dated: January 21, 2009  FRIEDMAN DUMAS & SPRINGWATER LLP

By: /s/ M. Elaine Hammond
M. Elaine Hammond
Attorneys for Debtor