FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
M. ELAINE HAMMOND (S.B. NO. 197444)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
cdumas@friedumspring.com
ehammond@friedumspring.com

Attorneys for Debtor
TWBC, INC. f/k/a THE WILKES BASHFORD
COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TWBC, Inc.<br>f/k/a The Wilkes Bashford Company,<br><br>Debtor. | Case No. 09-33497 TEC<br><br>Chapter 11<br><br>**NOTICE OF AND OPPORTUNITY FOR HEARING ON DEBTOR'S (1) MOTION FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 AND (2) MOTION TO LIMIT NOTICE OF OPPORTUNITY FOR HEARING ON CONVERSION**<br><br>[NO HEARING UNLESS REQUESTED] |

TO THE HONORABLE THOMAS CARLSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

PLEASE TAKE NOTICE that TWBC, Inc., f/k/a Wilkes Bashford Company ("Debtor"), Debtor and Debtor-in-possession, (1) moved for an order converting the Debtor's chapter 11 case to a case under Chapter 7, pursuant to 11 U.S.C. § 1112(a), and (2) moved to limit notice on the motion to convert to the United States Trustee, the Official Committee of Unsecured Creditors and parties requesting special notice. The Debtor's motions are supported by this Notice, supporting declarations of Toby Ko, the Debtor's designated responsible individual, and such other evidence as may be properly presented to this Court.

Notice of the Debtor's motions and an opportunity for hearing is being served by first class mail on the Official Committee of Unsecured Creditors, the United States

Trustee and parties requesting special notice.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, any objection to the requested relief, or request for hearing on the matters, may be filed and served upon the Debtor at the address listed above no later than the date that is within twenty-one (21) days of the mailing of this Notice.** Any objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present in support of its position.

**If there is not a timely objection to the requested relief, or a request for a hearing, the Court may enter orders granting the relief by default.**

If there is a timely objection to the requested relief, or a request for a hearing, the Debtor will give at least seven (7) days' written notice of the hearing to the objecting or requesting party.

Dated: June 16, 2011               FRIEDMAN DUMAS & SPRINGWATER LLP

                                   By:  */s/ M. Elaine Hammond*
                                        M. Elaine Hammond
                                        Attorneys for Debtor